In the Matter of the Claim of MAMIE PHILLIPS, Respondent, against R. & M. OPERATING CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 10, 1948; decided July 16, 1948.

*Urban S. Mulvehill* and *E. C. Sherwood* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Daniel Polansky* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.